

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

DENNIS CLINE, et al.,

                Plaintiff,            Case No. 3:99 CV 7401

-vs-

                                        <u>JUDGMENT ENTRY</u>

GENERAL DYNAMICS LAND
SYSTEMS, INC.,

                Defendant.

KATZ, J.

    For the reasons stated in the Memorandum Opinion filed contemporaneously with this entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant's motion to dismiss (Doc. No. 16) is granted.

                                                         _____
                                                         DAVID A. KATZ
                                                         U. S. DISTRICT JUDGE