3:99cv7401

# Supreme Court of the United States

00-3468

No. 02-1080

**FILED**

APR 2 2004

GENERAL DYNAMICS LAND SYSTEMS, INC.,

LEONARD GREEN, Clerk

Petitioner

v.

DENNIS CLINE, ET AL.

ON WRIT OF CERTIORARI to the United States Court of Appeals for the Sixth Circuit.

THIS CAUSE came on to be heard on the transcript of the record from the above court and was argued by counsel.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Court that the judgment of the above court in this cause is reversed with costs.

IT IS FURTHER ORDERED that the petitioner General Dynamics Land Systems, Inc., recover from Dennis Cline, et al., Seven Hundred Thirteen Dollars and Forty-eight Cents ($713.48) for costs herein expended.

February 24, 2004

| | |
|---|---|
| **Printing of record:** | $413.48 |
| **Clerk's costs:** | 300.00 |
| **Total:** | $713.48 |

A True copy WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States
By _____
Deputy