IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

DENNIS CLINE, etc., et al.,

                Plaintiff,         Case No. 3:99 CV 7401

   -vs-

                                    O R D E R

GENERAL DYNAMICS LAND SYSTEMS

                Defendant.

KATZ, J.

The Court stayed this matter pending disposition of Defendant's petition for *writ of certiorari* to the United States Supreme Court. (Doc. No. 42). The United States Supreme Court's decision reversing with costs the judgment of the United States Court of Appeals for the Sixth Circuit has now been filed in this Court. (Doc. Nos. 46 & 48). Accordingly, the Court lifts the previously imposed stay, and this matter is now closed.

    IT IS SO ORDERED.

                                                           s/ *David A. Katz*
                                                            DAVID A. KATZ
                                                            U. S. DISTRICT JUDGE